United States District Court

Eastern District of California

Finny Earl Wallace,

        Plaintiff,

vs.

D. K. Butler, et al.,

        Defendants.

No. Civ. S 03-0003 MCE PAN P

Findings and Recommendations

-oOo-

September 4, 2003, the court dismissed plaintiff's complaint for failure to state a claim upon which relief could be granted, explained the deficiencies and gave plaintiff leave to file an amended complaint correcting them.

April 25, 2005, plaintiff filed a second-amended complaint, but it fails to correct the deficiencies and fails to state a claim.

Accordingly, I hereby recommend that this action be dismissed for failure to state a claim upon which relief could be

1 | granted.  28 U.S.C. § 1915A; 28 U.S.C. § 1915(g).
2 |     Pursuant to the provisions of 28 U.S.C. § 636(b)(1), these
3 | findings and recommendations are submitted to the United States
4 | District Judge assigned to this case.  Written objections may be
5 | filed within 20 days of service of these findings and
6 | recommendations.  The document should be captioned "Objections to
7 | Magistrate Judge's Findings and Recommendations."  The district
8 | judge may accept, reject, or modify these findings and
9 | recommendations in whole or in part.
10 |     Dated:  June 29, 2005.

        /s/ Peter A. Nowinski
        PETER A. NOWINSKI
        Magistrate Judge