UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA



FILED
OCT 2 6 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
     DEPUTY CLERK

| | |
|---|---|
| FINNY EARL WALLACE, | No. 05-16860 |
| Plaintiff - Appellant, | D.C. No. CV-03-00003-MCE/PAN |
| v. | |
| D. K. BUTLER; et al., | **ORDER** |
| Defendants - Appellees. | |

This appeal has been taken in good faith  [ ]

This appeal is not taken in good faith  [✓]

Explanation: _____

_____

_____

_____

_____
Judge
United States District Court

Date: 10/26/05