UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF





OCT 2 6 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                    DEPUTY CLERK

| | |
|---|---|
| FINNY EARL WALLACE,<br><br>        Plaintiff - Appellant,<br><br>   v.<br><br>M. BUNNEL; et al.,<br><br>        Defendants - Appellees. | No.  05-16930<br>D.C. No.  CV-03-00003-<br>MCE/PAN<br><br><br><br>**ORDER** |

This appeal has been taken in good faith    [ ]

This appeal is not taken in good faith    [✓]

Explanation: _____

_____

_____

_____
Judge
United States District Court

Date: 10/26/05